

# NUMBER 13-19-00621-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**KNAPP MEDICAL CENTER,** **Appellant,**

**v.**

**RACHEL IRENE GALLO,** **Appellee.**

### On appeal from the County Court at Law No. 6 of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Tijerina**
**Memorandum Opinion by Justice Perkes**

Appellee, Rachel Irene Gallo, has filed an unopposed motion to dismiss this appeal on grounds that the appellee has filed a notice of non-suit with prejudice. The Court, having considered the documents on file and appellee's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellee's motion to dismiss is granted and the appeal is hereby DISMISSED. Costs will

be taxed against the parties incurring the same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellee's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES
Justice

Delivered and filed the
30th day of April, 2020.